The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

A.H. LUNDBERG ASSOCIATES, INC.,

                      Plaintiff,

    v.

NEWFAB INC., a Maine Corporation,

                      Defendant.

No. 16-cv-00022-RSL

STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION

Plaintiff and defendant, through their respective attorneys, stipulate that this cause, including all claims, counterclaims, and cross-claims that were or could have been asserted by any party may be dismissed with prejudice and without costs to any party.

DATED this ___ day of February, 2017.

KELLER ROHRBACK L.L.P.

By_____
David J. Russell, WSBA #17289
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900; Fax: (206) 623-3384
Email: drussell@kellerrohrback.com
Attorneys for Defendant

---

STIPULATED MOTION FOR ORDER OF
DISMISSAL WITH PREJUDICE
(16-cv-00022-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\Users\TRoberts\AppData\Local\Temp\notesD06208\StipOrderDismissal.docx

1
2
3
4
5
6
7

                                    LANE POWELL PC

                       By_____
                           Andrew J. Gabel, WSBA #39310
                           P.O. Box 91302
                           Seattle, WA  98111
                           Phone: (206) 223-7000; Fax: (206) 441-5688
                           Email: gabela@lanepowell.com
                           Attorneys for Plaintiff

8

**ORDER**

9

IT IS SO ORDERED.

10

DATED this 28th day of February, 2017.

11
12
13

                           _____

14

                           Robert S. Lasnik
                           United States District Judge

15
16
17
18
19
20
21
22
23
24
25
26

---

STIPULATED MOTION FOR ORDER OF
DISMISSAL WITH PREJUDICE
(16-cv-00022-RSL) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\Users\TRoberts\AppData\Local\Temp\notesD06208\StipOrderDismissal.docx